**Appeal Dismissed and Memorandum Opinion filed June 20, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00188-CV

---

### DEXTANEKIA AUGUST, Appellant

### V.

### CULLEN PARK APARTMENTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1198047**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed February 27, 2023. The clerk's record was filed March 22, 2023. The court reporter indicated there was no reporter's record on April 28, 2023. No brief was filed.

On May 4, 2023, this court issued an order stating that unless appellant filed a brief on or before June 5, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.